In the Matter of the Transfer Tax upon the Estate of LOUIS H. SEVERANCE,

Deceased. John L. Severance and Another, Appellants; Comptroller of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.